Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
July 5, 2005

Clerk, United States District Court
for the District of New Jersey
P.O. Box 419
Newark, New Jersey 0701-0419

IN RE: FEDERAL NATIONAL MORTGAGE ASSOCIATION
SECURITIES, DERIVATIVE & "ERISA" LITIGATION
MISC. NO. 05-234

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 5/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send us your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
|---|---|---|
| Jeffrey Bader v. Franklin D. Raines, et al. | C.A. No. 2:05-175 | C.A. No. 1:05-1196 RJL |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Richard J. Leon
      Wayne Burwell, Courtroom Clerk
      Jackie Francis, Docket Clerk

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
July 5, 2005

Clerk, United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

IN RE: FEDERAL NATIONAL MORTGAGE ASSOCIATION
SECURITIES, DERIVATIVE & "ERISA" LITIGATION
MISC. NO. 05-234

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 5/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
| --- | --- | --- |
| Patricia B. Arthur, et al. v. Franklin D. Raines, et al. | C.A. No. 1:04-8294 | C.A. No. 1:05-1197   RJL |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc: MDL Panel
Nancy Mayer-Whittington, Clerk
Judge Richard J. Leon
Wayne Burwell, Courtroom Clerk
Jackie Francis, Docket Clerk

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
July 5, 2005

Clerk, United States District Court
for the Southern District of Ohio
260 Joseph P. Kinneary    United States Courthouse
85 Marconi Boulevard
Columbus, OH   43215

IN RE: FEDERAL NATIONAL MORTGAGE ASSOCIATION
SECURITIES, DERIVATIVE & "ERISA" LITIGATION
MISC. NO. 05-234

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 5/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
| --- | --- | --- |
| **Ohio Public Employees Retirement System, et al. V. Fannie Mae, et al.** | C.A. No. 2:04-1106 | C.A. No. 1:05-1198 RJL |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:    MDL Panel
       Nancy Mayer-Whittington, Clerk
       Judge Richard J. Leon
       Wayne Burwell, Courtroom Clerk
       Jackie Francis, Docket Clerk