# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |
| **Fannie Mae v. KPMG** | Civil Action No. 1:06-cv-02111<br><br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No. 1:04-cv-01784<br><br>Judge Richard J. Leon |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |
| **Arthur v. Mudd, et al.** | Civil Action No. 1:07-cv-02130<br><br>Judge Richard J. Leon |
| **Agnes v. Raines, et al.** | Civil Action No. 1:08-cv-01093<br><br>Judge Richard J. Leon |

## MOTION OF THE FEDERAL HOUSING FINANCE AGENCY TO INTERVENE AS CONSERVATOR FOR FANNIE MAE

Pursuant to its authority under 12 U.S.C. § 4617, the Federal Housing Finance Agency ("FHFA") hereby moves to intervene in the above captioned matters as conservator for Defendant Fannie Mae. On September 6, 2008, FHFA Director James B. Lockhart placed Fannie Mae under the conservatorship of FHFA pursuant to 12 U.S.C. § 4617(a)(1)-(2). As

conservator, FHFA has succeeded to "all rights, titles, powers, and privileges" of Fannie Mae, including its right to sue and be sued in the federal courts. *See* 12 U.S.C. § 4617(b)(2)(A)(i). Accordingly, the FHFA, as conservator for Fannie Mae (the "Conservator"), is an appropriate party to the above-captioned matters, and respectfully requests that this Court enter an order allowing the Conservator to intervene in these matters as a party.

In connection with this motion to intervene, the Conservator submits the attached motion for a 120-day stay of all of the above-captioned proceedings, and the Declaration of FHFA Counsel Alfred Pollard in support of that motion.

Dated: October 17, 2008               Respectfully Submitted

                                      /s/ David Felt
                                      David Felt
                                      Federal Housing Finance Agency
                                      1700 G St., NW
                                      Washington, DC 20552
                                      T: 202-414-3750

                                      ***Counsel for FHFA, Conservator for Fannie Mae***

# CERTIFICATE OF SERVICE

I certify that on October 17, 2008, I caused the foregoing to be electronically filed with the Clerk of Court. I understand that the Court will provide electronic notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ David Felt.
David Felt.